BROWN *et al. v.* ANDERSON, administrator, *et al.*

RUSSELL, Chief Justice. This case is controlled by the decision of this court in the companion case of the same name, ante, 220. Under the adjudication in the case just cited, the trial court erred in overruling the motion to set aside and vacate the verdict and judgment upon which were based the writs of error in the case cited and that now sub judice.

*Judgment reversed. All the Justices concur.*